JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ ESPINOZA,<br><br>Plaintiff,<br><br>vs.<br><br>MPP FULLERTON, ORORA PACKAGING SOLUTIONS, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 8:19-cv-01979-DOC-JDE<br><br>**STIPULATION TO GRANT MOTION TO REMAND** [32], [36]<br><br>Date: February 3, 2020<br>Time: 8:30 a.m.<br>Dept.: 9D<br>Judge: Hon. David O. Carter<br><br>Complaint Filed: August 7, 2019<br>Trial Date: None set |

61113730v.1

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This case is remanded to state court in accordance with 28 U.S.C. § 1447(c).
2. The parties shall bear their own costs and expenses, including attorneys' fees, incurred as a result of the removal to this Court.

**IT IS SO ORDERED.**

DATED: January 14, 2020

*David O. Carter*
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE

61113730v.1